IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| *In re ALN Medical Management LLC Data Incident Litigation* | Case No. 4:25-cv-03067-SMB-MDN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Charles E. Schaffer of Levin Sedran & Berman, LLP hereby enters an appearance in this matter as counsel of record for Plaintiffs Cameron Reed, Eugene Rosenberg, Lauren Mullis, Jeffrey Judka, Virginia Gilleland, Robert Meyers, Caroline Hurley, and Timothy Keggins, individually and on behalf of all others similarly situated.

Dated: June 26, 2025

Respectfully submitted,

*/s/Charles E. Schaffer*
Charles E. Schaffer
Levin Sedran & Berman, LLP
510 Walnut St, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Email: cschaffer@lfsblaw.com

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    */s/ Charles E. Schaffer*
                                                    Charles E. Schaffer

4:25-cv-03067-SMB-MDN    Doc # 39    Filed: 06/26/25    Page 2 of 2 - Page ID # 589